UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

```
------------------------------------------------------------ x
In re:                                          :
                                                :       Chapter 13
TIMOTHY LEE RASH,                               :
                                                :       Case No.: 26-50123
                                  Debtor.       :
                                                :
------------------------------------------------------------ x
```

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Santander Consumer USA Inc. d/b/a Chrysler Capital ("Movant"), a secured creditor herein, by and through its undersigned attorneys, files its objection to confirmation of the proposed plan and states as follows:

1.      On February 24, 2026, Timothy Lee Rash (the "Debtor"), filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.      Movant files this Objection pursuant to Section 1325 of the Bankruptcy Code and Fed. R. Bankr. P. 3015(f) and 9014.

3.      This Court has jurisdiction of the parties and the subject matter pursuant to 11 U.S.C. § 101, *et seq.*, 28 U.S.C. § 1334 and 28 U.S.C. § 157(b).

4.      On August 12, 2023, the Debtor executed and delivered that certain Retail Installment Contract (the "Contract") to Movant for the purchase of a 2023 RAM 1500 bearing Vehicle Identification Number 3C6RR7KT2PG571919 (the "'Collateral"). A true and correct copy of the Contract is attached hereto as **Exhibit A**.

5.      In order to secure its purchase money security interest evidenced by the Contract, Movant recorded it's lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit B**.

6.      The Contract and Title shall be referred to herein as the Loan Documents.

7.      On February 24, 2026, the Debtor filed a Chapter 13 Plan (D.E. 4) (the "Plan").

8.      Movant holds a secured claim in the amount $33,850.00 ("Movant's Claim").

9.      The Debtor's Plan calls to value Movant's Claim in the amount of $27,045.00 at 8.75%. Movant objects to the proposed value.

10.     The value of the collateral is $33,850.00.  The N.A.D.A. Official Used Car Guide value for the collateral is attached as **Exhibit C**.

11.     This is prejudicial to Movant as the full secured portion of its claim should be paid over the course of this case with interest pursuant to 11 U.S.C. § 1325(a)(5).

12.     The Plan fails to provide that the value, as of the effective date of the Plan, of property to be distributed to Movant under the Plan on account of its claim is not less than the allowed amount of such claim pursuant to 11 U.S.C. § 1325(a)(5)(B)(ii).

13.     The Plan is not properly funded because it does not propose to pay the amounts due and owing, including pre-petition arrearages, to Movant.  Thus, the Debtor cannot make all payments under the Plan and to comply with the Plan as required by 11 U.S.C. § 1325(a)(6).

14.     The failure of the Debtor to pay Movant the total amount of Movant's demonstrates that the Plan is not feasible and therefore cannot be confirmed.

15.     The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

16.     Movant demands that the Debtor amend the Plan to provide for the full value of the claim ($33,850.00) at a *Till* rate of interest of 8.75%, with adequate protection and equal monthly payments.

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate. April 8, 2026

Dated:  April 8, 2026    WOMBLE BOND DICKINSON (US) LLP

         By: /s/ Eudora F. S. Arthur
           EUDORA F. S. ARTHUR
           N.C. State Bar. No. 59854
           555 Fayetteville Street, Suite 1100
           Raleigh, NC  27601
           Telephone: (919) 755-2178
           dorie.arthur@wbd-us.com

          *Attorneys for Santander Consumer USA Inc. d/b/a*
          *Chrysler Capital*

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

>Timothy Lee Rash
>432 Burgess Road
>Jefferson, NC 28640
>*Debtor*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

>Wendell Wes Schollander, III
>*Attorney for Debtor*
>
>Brandi L. Richardson
>*Chapter 13 Trustee*
>
>Brian Behr, Esq.
>*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2026

WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S Arthur
       EUDORA F. S. ARTHUR
       NC State Bar Number 59854
       555 Fayetteville St., Suite 1100
       Raleigh, NC 27601
       Telephone: (919) 755-2178
       dorie.arthur@wbd-us.com

       *Attorneys for Santander Consumer USA Inc. d/b/a Chrysler Capital*