UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

In re:                                                )
                                                      )
TIMOTHY LEE RASH,                                     )          Case No. B-26-50123 C-13W
                                                      )
                              Debtor(s).              )

_____

## OBJECTION TO CONFIRMATION

Now comes Brandi L. Richardson, Chapter 13 Trustee, who objects to confirmation of the Debtor(s) Amended Proposed Plan and in support of her objection shows the following:

1.  The Debtor(s), Timothy Lee Rash, filed a petition under Title 11 of the United States Code, Chapter 13, on February 24, 2026 in the Middle District of North Carolina and filed an Amended Proposed Plan on April 9, 2026 (Doc. 12). Notice of Plan and Time for Filing Objection Thereto was filed on May 27, 2026 (Doc. 17).

2.  Section 4.1b of the Plan provides that the Debtor will make direct payments on the secured claims of US Department of Housing and Urban Development and Vanderbilt Mortgage.  The claims are secured by a lien on the Debtor's residential real property and, according to the Debtor's statements in Section 4.1b, the Debtor is current on the monthly payments on each claim.  Section 9b of the Plan includes nonstandard plan provisions stating that the Debtor has or will file a Motion for Loan Modification Management and is also permitted to apply for a grant under the North Carolina Homeowner Assistance Fund.  The Debtor is ineligible to participate in the Loan Modification Management Program as that program is only available for conduit mortgages paid through the Chapter 13 plan with disbursements by the Trustee.  Further, the Trustee is informed and is of the belief that the NC Homeowner Assistance Fund is closed to all new submissions and has been since late 2023.  It does not appear that the provisions in Section 9b are applicable to the Debtor in this case.  The Trustee objects to the nonstandard plan provisions under Section 9b of the plan as they are inapplicable to this case.

3.  Section 4.3b provides that the secured claim of Bank of America, NA will be paid in full with monthly payments in the amount of $611.00 on a claim secured by a lien on a 2022 Ram 2500. The proposed monthly payment is not sufficient to pay the claim in full within 60 months as the claim exceeds the amount estimated in the plan.  The Trustee believes the Plan must provide for monthly payments of no less than $627.00 on the secured claim of Bank of America, NA in Section 4.3b in order to pay the claim as proposed.

4.  Section 4.4 proposes to partially avoid a judicial lien held by AMUR-GoAmur.com identified as "judgment lien 2023."

    a.  Amur Equipment Finance, Inc. filed a secured claim, Claim #12, and attached documentation that appears to align with the claim described in Section 4.4 of the Plan. The documentation includes a copy of a judgment entered on November 14, 2024.  The Trustee believes that Section 4.4 should properly identify the creditor as Amur Equipment Finance, Inc. and should identify the lien based on the correct lien date of November 14, 2024 in Ashe County File Number 24-CVS-276.

b.  Further, Section 4.4 fails to identify the rate of interest to be paid on the secured claim of Amur Equipment Finance, Inc. and also fails to provide for a monthly payment or an estimated total amount of payments on the secured claim.  The Trustee believes that Section 4.4 should provide that the claim  be paid with interest at a rate of 8.00%, with monthly payments in the amount of $886.00, and with the estimated total payments on the secured claim at $53,160.00.

**WHEREFORE**, the Trustee respectfully requests that:

1.  Confirmation of the proposed plan be denied;

2.  The Court grant such additional and further relief as it deems just and proper.

Date: June 17, 2026                                     s/ Brandi L. Richardson
BLR/plc                                                      Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

In re:                                    )
                                          )
TIMOTHY LEE RASH,                         )          Case No:  B-26-50123 C-13W
                                          )
          Debtor(s).                      )

---

**CERTIFICATE OF SERVICE**

   **THIS IS TO CERTIFY** that the foregoing Objection to Confirmation was served on the following parties by mailing a copy by first-class postage prepaid mail addressed as follows:

TIMOTHY LEE RASH
432 BURGESS ROAD
JEFFERSON, NC 28640

WENDELL WES SCHOLLANDER III
SCHOLLANDER LAW OFFICES
514 S STRATFORD RD STE 317
WINSTON SALEM, NC 27103

US DEPT OF HOUSING AND URBAN DEVELOPMENT
77 FORSYTH ST SW
ATLANTA, GA 30303

BANK OF AMERICA NA
P O BOX 31785
TAMPA, FL 33631-3785

AMUR EQUIPMENT FINANCE INC
304 W 3RD ST
GRAND ISLAND, NE 68801


Date: June 17, 2026                       s/ Brandi L. Richardson
BLR/plc                                   Chapter 13 Trustee